**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                            Case No.: 20-10695-RAM
                                                                      Chapter 13

    Mirna  Trejos


_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION*
*TO YOUR CLAIM*

    *This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

    Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|-----------|------------------|-----------------|
| 6 | *Miami-Dade County Tax Collector* | *$612.71* |

Basis for Objection and Recommended Disposition

On or about March 20, 2020, Creditor filed a secured proof of claim in the amount of $612.71 for ad valorem taxes on the Debtor's property. The Debtor previously paid this claim in full and thus the balance is $0.00. Therefore, the Debtor requests that this claim be stricken and disallowed.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:__May 6, 2020_____        Respectfully Submitted:
                                                               Robert Sanchez, P.A.
                                                               355 West 49th Street
                                                               Hialeah, FL 33012
                                                               Fl. Bar No. 0442161
                                                               Telephone: (305) 687-8008
                                                               E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)