# UNITED STATES BANKRUPTCY COURT
Southern District of Florida

Case No. 20-10695 RAM
Chapter 13 Proceeding

**In re:**

**Mirna Trejos**
*Debtor(s)                              /*

## MIAMI DADE COUNTY TAX COLLECTOR'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Peter Cam, as Tax Collector of Miami-Dade County, Florida, hereby gives notice of the withdrawal of the Miami-Dade County Tax Collector's proof of claim number <u>Claim 6-1</u> filed on March 20, 2020 and requests that said claim in the amount of $612.71 be disregarded. Property taxes for the aforementioned claim have been paid in full.

Respectfully submitted this 26 day of June 2020.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail or e-mail this day to:
**Robert Sanchez, Esq.** court@bankruptcyclinic.com
**Nancy K. Neidich** www.ch13miami.com

Peter Cam, Tax Collector
Miami-Dade County, FL
Finance Department
Tax Collection Division-Bankruptcy Unit
200 NW 2 Avenue, Suite 430
Miami, FL 33128
**305-375-5707, Fax No. 305-375-4601**

By: _____/S/_____
Alexis R. Gonzalez
Paralegal Collection Specialist
E-mail: alexisg@miami-dade.gov