**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Mirna Trejos					Case No: 20-10695-RAM
							Chapter 13

    Debtor.
_____/

## DEBTOR'S MOTION FOR APPROVAL TO SELL THE HOMESTEAD PROPERTY AND EXEMPT FUNDS

**COMES NOW** the Debtor, Mirna Trejos, by and through the undersigned counsel, files this Motion for Approval to Sell the Homestead Property and Exempt Funds, and in support thereof states:

1. This case was filed under Chapter 13 on January 17, 2020.

2. The Debtor's Second Amended Plan was confirmed on July 24, 2020.

3. The Debtor has fully exempted her paid off homestead property located at 661 NE 164th Terrace North Miami Beach, FL 33162-6214.

4. The time period to object to exemptions has expired.

5. The Debtor has a prospective purchaser and has drafted a preliminary settlement statement to sell her exempted homestead property (attached as Exhibit "A").

6. The Debtor is currently looking and has the intention to purchase another homestead property in the future.

7. The Debtor will also keep the funds apart and separate for the sole purpose of purchasing another homestead.

**WHEREFORE** the Debtor respectfully requests that this Court grant this Motion, allow

the Debtor to sell her fully exempted homestead property, allow her to retain and exempt all proceeds for the purpose of purchasing another homestead property in the future, and grant such further relief as this Court may deem just and equitable.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Nancy N. Neidich, Trustee, and via U.S. Mail to all creditors on the service list.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 W 49th Street
        Hialeah, FL 33013
        Tel. (305) 687-8008

        By:*/s/Robert Sanchez*_____
         Robert Sanchez, Esq., FBN#0442161