| American Land Title Association | ALTA Settlement Statement - Combined |
|---|---|
| | Adopted 05-01-2015 |

**TRANS-STATE TITLE INSURANCE AGENCY, LLC**
**18205 BISCAYNE BLVD., SUITE 2201**
**AVENTURA, FLORIDA 33160**

| | |
|---|---|
| **File No./Escrow No.:** | 133-209D |
| **Print Date & Time:** | June 16, 2021 at 4:16 PM |
| **Officer/Escrow Officer:** | Fareeza Juman |
| **Settlement Location:** | TRANS-STATE TITLE INSURANCE AGENCY, LLC, 305-931-5000 |
| | 18205 BISCAYNE BLVD., SUITE 2201, AVENTURA, FLORIDA 33160 |
| **Property Address:** | 661 Northeast 164th Terrace, Miami, FL 33162 |
| **Borrower:** | VICTOR MANUEL ORTIZ DELFINO |
| **Seller:** | Estate of EUFEMIA M. ESPINOSA and MIRNA E. TREJOS |
| **Lender:** | LIBERTY ALLIANCE MORTGAGE INC. |
| **Settlement Date:** | July 22, 2021 |
| **Disbursement Date:** | July 22, 2021 |

| Seller | | Description | | Borrower/Buyer | |
|---|---|---|---|---|---|
| **Debit** | **Credit** | | | **Debit** | **Credit** |
| | | **Financial** | | | |
| | 350,000.00 | Sale Price of Property | | 350,000.00 | |
| | | Deposit including earnest money | | | 5,000.00 |
| | | Loan Amount | | | 343,600.00 |
| | | | | | |
| | | **Prorations/Adjustments** | | | |
| 446.95 | | County Taxes from 01/01 to 07/22 | | | 446.95 |
| | 464.64 | Non-Ad Valorem Tax Assessment | | 464.64 | |
| 7,000.00 | | Non-Recurring Closing Cost Credit | | | 7,000.00 |
| | | | | | |
| | | **Other Loan Charges** | | | |
| | | Survey and Elevation Certificate | NexGen Surveying LLC | 400.00 | |
| | | | | | |
| | | **Title Charges** | | | |
| | | Title - Lender's title insurance | Trans-State Title Insurance Agency | 1,793.00 | |
| | | Title - Courier/Wire/Handling Fees | Trans-State Title Insurance Agency | 100.00 | |
| | | Title - Endorsements (8.1;FL9) | First American Title Insurance Company | 210.00 | |
| | | Title - Owner's Title Insurance | Trans-State Title Insurance Agency | 311.25 | |
| | | Title - Settlement or closing fee | Trans-State Title Insurance Agency | 725.00 | |
| 50.00 | | Title - Courier/Wire/Handling Fees | Trans-State Title Insurance Agency | | |
| | | Title - Digital Document Storage Fee | Landtech Data Systems | 35.00 | |
| | | Title - Recertification | Datatrace | 95.00 | |
| 195.00 | | Title - Search Fee | Datatrace | | |
| | | | | | |
| | | **Commission** | | | |
| 10,500.00 | | Real Estate Commission | COLDWELL BANKER REALTY | | |
| 10,500.00 | | Real Estate Commission | MIAMI NEW REALTY | | |
| | | | | | |
| | | **Government Recording and Transfer Charges** | | | |
| | | Record Deed | Clerk of Circuit Court | 18.50 | |
| | | Record Trust/Deed Mortgage | Clerk of Circuit Court | 188.50 | |
| 2,100.00 | | Deed Documentary Stamps | Clerk of Circuit Court | | |
| | | Mortgage Doc Stamps | Clerk of Circuit Court | 1,202.60 | |
| | | Intangible Tax | Clerk of Circuit Court | 687.20 | |
| | | | | | |
| | | **Other Charges** | | | |
| 345.00 | | Broker Transaction Fee | COLDWELL BANKER REALTY | | |
| | | Broker Transaction Fee | MIAMI NEW REALTY | 580.00 | |
| 215.00 | | City/County Lien Search | Rapid Liens | | |
| 1,300.00 | | ELECTRICAL REPAIRS | VICON ELECTRIC | | |
| 350.00 | | Escrow for Final Water Bill | Estate of EUFEMIA M. ESPINOSA, Dec | | |
| 70.80 | | Record deeds from Heirs | Clerk of court | | |
| 46.00 | | Record Orders | Clerk of Court | | |

ALTA Settlement Statement - Combined - Continued

| Seller | | Description | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 3,500.00 | | Seller attorney fee                    ALAN B SCHNEIDER P.A. | | |

| Seller | | | Borrower/Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 36,618.75 | 350,464.64 | **Subtotals** | 356,810.69 | 356,046.95 |
| | | Due From Borrower | | 763.74 |
| 313,845.89 | | Due To Seller | | |
| 350,464.64 | 350,464.64 | **TOTALS** | 356,810.69 | 356,810.69 |

Copyright 2015 American Land Title Association
All rights reserved.

File #: 133-209D
Printed on 06/16/2021 at 4:16 PM