UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Mirna Trejos  Case No: 20-10695-RAM
      Debtor(s).  Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion for Approval and Notice of Hearing was sent to all parties on the attached service list on June 21, 2021.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Mirna Trejos
661 NE 164th Terrace
North Miami Beach, FL 33162-6214


All Creditors on the Matrix

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:/s/ *Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161